**FILED**
United States Court of Appeals
Tenth Circuit

**September 6, 2023**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

COLE MATNEY; PAUL WATTS, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants,

v.

BARRICK GOLD OF NORTH AMERICA; BOARD OF DIRECTORS OF BARRICK GOLD OF NORTH AMERICA; BARRICK U.S. SUBSIDIARIES BENEFITS COMMITTEE,

    Defendants - Appellees.

-------------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; THE ERISA INDUSTRY COMMITTEE; THE NATIONAL MINING ASSOCATION; THE AMERICAN BENEFITS COUNCIL; INVESTMENT COMPANY INSTITUTE,

    Amici Curiae.

No. 22-4045
(D.C. No. 2:20-CV-00275-TC)
(D. Utah)

---

# JUDGMENT

---

Before **TYMKOVICH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.

---

This case originated in the United States District Court for the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk